IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL TROY OLSON,

    Petitioner,

v.                                                                                5:14cv15–WS/CJK

N.C. ENGLISH,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed December 4, 2014.  See Doc. 23.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed.  The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 23) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition (doc. 1) for writ of habeas corpus is DISMISSED.

3.  The clerk shall enter judgment stating: "All claims against the respondent are dismissed with prejudice."

DONE AND ORDERED this   12th   day of   January  , 2015.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE